UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GIOCONDA HERRERA,<br><br>  Plaintiff,<br><br> v.<br><br>PATRICK R. DONAHOE,<br><br>  Defendant. | Case No. 12-cv-02372 NC<br><br>**ORDER DISMISSING CASE** |

Plaintiff Gioconda Herrera brings this action for employment discrimination in violation of Title VII of the Civil Rights Act against defendant Patrick Donahoe, Postmaster General of the U.S. Postal Service. Dkt. No. 1.

On May 14, 2012, the Court denied Herrera's application to proceed in forma pauperis and required Herrera to pay the $350.00 filing fee no later than June 13, 2012. Dkt. No. 4. Because Herrera has failed to pay the filing fee as ordered by the Court, this case is DISMISSED without prejudice, and the case management conference scheduled for August 15, 2012 is VACATED.

IT IS SO ORDERED.

DATED: August 9, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge